# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH CORDES, a married individual, | No.   2:19-cv-00158-SMJ |
| | |
| Plaintiff, | **ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER** |
| | |
| v. | |
| | |
| PEND OREILLE COUNTY PUBLIC UTILITY DISTRICT, a Washington municipal corporation and F. COLIN WILLENBROCK, a married individual, | |
| | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the proposed Stipulated Protective Order, ECF No. 11-1, is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference. Any party wishing to file a document under seal must file an appropriate motion to do so.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER – 1