SUSAN C. NELSON, WSBA No. 35637
ALEXANDRIA T. DRAKE, WSBA No. 45188
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH CORDES, a married individual,<br><br>              Plaintiff,<br><br>   v.<br><br>PEND OREILLE COUNTY PUBLIC UTILITY DISTRICT, a Washington Municipal Corporation; F. COLIN WILLENBROCK, a married individual,<br><br>            Defendants. | NO.  2:19-CV-00158-SMJ<br><br>**JOINT STATUS REPORT RE: SETTLEMENT PROCESS** |

The parties respectfully submit this Joint Status Report pursuant to the Court's Order Granting Parties Stipulated Motion to Continue Trial Date and Amend Scheduling Order (ECF No. 18) filed June 8, 2020. Currently, Plaintiff has submitted a settlement proposal. Defendants are in the process of preparing their counter, which they expect to provide to Plaintiff's Counsel the week of June 22, 2020. The

JOINT STATUS REPORT RE:
SETTLEMENT PROGRESS - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1  parties believe that mediation is likely to be productive at this time, as significant

2  discovery has taken place to date.  In that regard, this matter has been referred to

3  Magistrate Judge Dimke for mediation, and a settlement conference has been

4

5  scheduled for August 25, 2020.

6        Dated this 18th day of June, 2020.

7                    DUNN & BLACK, P.S.

8
                  s/ ALEXANDRIA T. DRAKE

9                    ALEXANDRIA T. DRAKE, WSBA No. 45188
                  SUSAN C. NELSON, WSBA No. 35637

10                   Attorneys for Plaintiff

11                   Dunn & Black, P.S.
                  111 North Post, Suite 300

12                   Spokane, WA 99201-0907
                  Telephone: (509) 455-8711

13                   Fax:      (509) 455-8734

14                   Email:  snelson@dunnandblack.com
                            adrake@dunnandblack.com

15

16                   KARR TUTTLE CAMPBELL

17                   By:     s/ TRACY M. MILLER
                            TRACY M. MILLER, WSBA No. 24281

18                             Karr Tuttle Campbell

19                             701 Fifth Ave., Ste. 3300
                            Seattle, WA 98104

20                             Telephone: (206) 223-1313

21                             Fax: (206) 682-7100
                            Email: Tmiller@karrtuttle.com

22                             Attorneys for Defendants

23

24

25

26  JOINT STATUS REPORT RE: SETTLEMENT PROGRESS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- Tracy M Miller

tmiller@karrtuttle.com,swatkins@karrtuttle.com,jnesbitt@karrtuttle.com

DUNN & BLACK, P.S.

s/ ALEXANDRIA T. DRAKE
ALEXANDRIA T. DRAKE, WSBA No. 45188
SUSAN C. NELSON, WSBA No. 35637
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Fax:        (509) 455-8734
Email:  snelson@dunnandblack.com
            adrake@dunnandblack.com

JOINT STATUS REPORT RE: SETTLEMENT PROGRESS - 3