Case 2:19-cv-00158-SMJ    ECF No. 28    filed 10/26/20    PageID.223    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH CORDES, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>PEND OREILLE COUNTY PUBLIC, a Washington Corporation, F. COLIN WILLENBROCK, a married individual,<br><br>Defendants. | No.   2:19-cv-00158-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 23, 2020, the parties filed a Stipulated Motion to Dismiss with Prejudice, ECF No. 27.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 27**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2